

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Inner Harbor West, LLC | * | Case No.  13-12198-RAG |
| | | Chapter 11 |
| | * | |
| Debtor | | |
| | * | |
| * * * * * * * | * * * * * * | |
| | * | |
| Inner Harbor West, LLC, et al. | * | |
| Plaintiffs | * | |
| v. | * | Adversary No. 13-00111 |
| | * | |
| Vision Capital Partners, LLC, et al. | * | |
| Defendants | * | |
| * * * * * * * | * * * * * * | |

## ORDER ABSTAINING AND DISMISSING
## <u>COMPLAINT WITHOUT PREJUDICE</u>

Upon consideration of the Motion to Dismiss Complaint, or, in the Alternative for the Court to Abstain, Request for Judicial Notice and Demand for Jury Trial by Defendants Richard Burton, Dale Dowers, and Michael Borden (Dkt. No. 13) and Vision Capital's Motion to Dismiss

1

(Dkt. No. 15) and the responses and memoranda related to the same, and hearings having been held on June 11, 2013 and July 19, 2013, it is, for the reasons explained on the record on July 19th, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that pursuant to 28 U.S.C. § 1334(c)(1), the Court will abstain from hearing this Adversary Proceeding; and it is further

ORDERED, that the Complaint is dismissed without prejudice to the re-filing of the same.

cc:   Counsel for Plaintiffs – Jeffery M. Sirody, Esquire & Phil Anderson, Esquire
      Counsel for Defendants Vision Capital Partners, LLC – Ezra Simon Gollogly, Esquire
      Counsel for Defendants Richard Burton, et al. – Joseph Bellinger, Esquire


**End of Order**