

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: **INNER HARBOR WEST, LLC** | * | Case No.: 13-12198 |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP. | * |
| Movant | * |
| v. | * |
| INNER HARBOR WEST LLC | * |
| Respondent | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

This matter having come before the Court on the Debtor's *Motion to Extend Time to File Responsive Pleading*. IT IS HEREBY ORDERED THAT

The Debtor's Motion is ALLOWED and the deadline to file a Responsive Pleading is extended to May 2, 2014.

**cc:**
**Debtor's Counsel**
**Movant's Counsel**
**U.S. Trustee**
**Debtor**

**END OF ORDER**