## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| In re | * | |
| **INNER HARBOR WEST LLC,** | * | Case No. 13-12198-RAG |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NOTICE is hereby given pursuant to Fed. R. Bankr. P. 3001(e) that the claim of Citigroup Global Markets Realty Corp. ("Citi"), filed on July 9, 2013 and listed on the Claims Register for this case as Claim No. 1 (the "Claim") has been assigned to Westport Property Investments, LLC. The face amount of the Claim, as and when filed by Citi, was the amount of at least $32,040,740.64, and the last three digits of the account number used by Citi to reference the indebtedness underlying the Claim were 839.

No action is required if you do not object to the transfer of the Claim.

If you do object to the transfer of the Claim, within 21 days of the date of this Notice, you must file a written objection to the transfer of the Claim with the Clerk of the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, and serve a copy of the objection to the transfer upon the following:

> Timothy F. McCormack, Esquire
> Matthew G. Summers, Esquire
> Ballard Spahr LLP
> 300 E. Lombard Street, 18th Floor
> Baltimore, Maryland 21202

If an objection is not timely filed, then Westport Property Investments, LLC will be substituted for Citi.

DMEAST #19277900 v1

| | |
|---|---|
| Dated:  July 9, 2014. | /s/ Matthew G. Summers |
| | Timothy F. McCormack |
| |   Fed. Bar No. 03565 |
| | Matthew G. Summers |
| |   Fed. Bar No. 26572 |
| | Ballard Spahr LLP |
| | 300 East Lombard Street, 18th Floor |
| | Baltimore, Maryland 21202 |
| | Telephone: (410) 528-5679 |
| | Facsimile:  (410) 361-8930 |
| | E-mail: summersm@ballardspahr.com |

*Attorneys for Westport Property Investments, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2014, a copy of the foregoing Notice of Transfer of Claim Other Than for Security was served via first class mail and/or this Court's ECF system upon:

>Jeffrey M. Sirody, Esquire
>Jeffrey M. Sirody & Associates, P.A.
>1777 Reisterstown Road, Suite 360 E
>Baltimore, Maryland 21208
>
>Inner Harbor West, LLC
>c/o Nathan J. Ruther
>29 West Susquehanna Avenue, Suite 610
>Towson, Maryland 21204
>
>Marc A. Ominsky, Esquire
>The Law Offices of Marc A. Ominsky
>Century Plaza Building
>10632 Little Patuxent Parkway, Suite 249
>Columbia, Maryland 21044
>
>Joseph J. Bellinger, Esquire
>Offit Kurman, PA
>300 East Lombard Street, Suite 2010
>Baltimore, Maryland 21202
>
>Citigroup Global Markets Realty Corp.
>c/o Matthew W. Oakey, Esquire
>Gallagher Evelius & Jones LLP
>218 North Charles Street, Suite 400
>Baltimore, Maryland 21202
>
>Stuart A. Krause, Esquire
>Nathan Schwed, Esquire
>Zeichner Ellman & Krause LLP
>1211 Avenue of the Americas
>New York, New York 10036
>
>Stuart Levine, Esquire
>Law Offices of Stuart Levine, LLC
>29 West Susquehanna Avenue
>Baltimore, Maryland 21204

Mark C. Fields, Esquire
Law Offices of Mark C. Fields
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

C. Frye & Associates
Attn: Cara A. Frye
1700 Beason Street
Baltimore, Maryland 21230

Contractors Services Inc.
3 Talbot Street, Suite 202A
Lutherville, Maryland 21093

Dixie Construction
260 Hopewell Road
Churchville, Maryland 21028

Rosenberg Martin Greenberg PC
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201

STV Engineering
7125 Ambassador Road, Suite 200
Baltimore, Maryland 21244

Urban Green Environmental LLC
P.O. Box 4869
Baltimore, Maryland 21211

Gerard A. Vetter, Esquire
Katherine A. Levin, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21202

/s/ Matthew G. Summers
Matthew G. Summers