Signed: September 09, 2014
**SO ORDERED**
**The hearing is continued to October 31, 2014 at 9:15 a.m. in courtroom 1-B.**



_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re | * | |
| **INNER HARBOR WEST LLC,** | * | Case No. 13-12198-RAG |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER GRANTING MOTION BY WESTPORT PROPERTY INVESTMENTS, LLC TO CONTINUE ALL MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 12, 2014**

UPON CONSIDERATION of the Motion by Westport Property Investments, LLC to Continue All Matters Scheduled for Hearing on September 12, 2014 (the "Motion"); the Debtor Inner Harbor West LLC and the United States Trustee having consented to the relief requested in the Motion; and it appearing that good cause exists to grant the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

1

ORDERED, that the hearing scheduled for September 12, 2014 at 9:15 a.m. on the Lift Stay Motion,[1] the Financing Motion, the Motion to Convert of Dismiss and any objections to such motions, be and hereby is continued to the date and time set forth above.

**CONSENTED TO BY:**

/s/ Matthew G. Summers
Timothy F. McCormack
  Fed. Bar No. 03565
Matthew G. Summers
  Fed. Bar No. 26572
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5679
Facsimile:  (410) 361-8930
E-mail: summersm@ballardspahr.com

*Attorneys for Westport Property Investments, LLC*

/s/ Katherine A. Levin
Katherine A. Levin, Esquire
  Fed. Bar No. 10916
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21202
Telephone:  (410) 962-4300
Facsimile:  (410) 962-3537
E-mail:  Katherine.A.Levin@usdoj.gov

/s/ Jeffrey M. Sirody
Jeffrey M. Sirody, Esquire
  Fed. Bar No. 11715
Jeffrey M. Sirody & Associates, P.A.
1777 Reisterstown Road, Suite 360E
Baltimore, Maryland 21208
Telephone:  (410) 415-0445
E-mail:  smeyers5@hotmail.com

*Attorneys for the Debtor*

---

[1] All terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of the consent parties on the original consent order.

/s/ Matthew G. Summers
Matthew G. Summers

cc: Timothy F. McCormack, Esquire
Matthew G. Summers, Esquire
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202

Jeffrey M. Sirody, Esquire
Jeffrey M. Sirody & Associates, P.A.
1777 Reisterstown Road, Suite 360 E
Baltimore, Maryland 21208

Katherine A. Levin, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21202

**[END OF ORDER]**