

```
_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Baltimore Division)</u>

| | | |
|---|---|---|
| **In re** | * | |
| **INNER HARBOR WEST LLC,** | * | Case No. 13-12198-RAG |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING WESTPORT PROPERTY INVESTMENTS, LLC'S <u>MOTION FOR SUBSTITUTION OF PARTIES</u>

UPON CONSIDERATION of the Motion by Westport Property Investments, LLC ("Westport") for Substitution of Parties (the "Motion") and it appearing that good cause exists to grant the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Westport is substituted for Citigroup Global Markets Realty Corp. ("Citi") in connection with the contested matter commenced by the filing of the Lift Stay Motion (as defined in the Motion), the contested matter in which Citi filed the Financing Objection (as

1

defined in the Motion), and all other pending contested matters in this bankruptcy case to which Citi is a party.

cc:   Matthew G. Summers, Esquire
    Ballard Spahr LLP
    300 East Lombard Street, 18th Floor
    Baltimore, Maryland 21202

    Jeffrey M. Sirody, Esquire
    Jeffrey M. Sirody & Associates, P.A.
    1777 Reisterstown Road, Suite 360 E
    Baltimore, Maryland 21208

    Inner Harbor West, LLC
    c/o Nathan J. Ruther
    29 West Susquehanna Avenue, Suite 610
    Towson, Maryland 21204

    Marc A. Ominsky, Esquire
    The Law Offices of Marc A. Ominsky
    Century Plaza Building
    10632 Little Patuxent Parkway, Suite 249
    Columbia, Maryland 21044

    Joseph J. Bellinger, Esquire
    Offit Kurman, PA
    300 East Lombard Street, Suite 2010
    Baltimore, Maryland 21202

    Matthew W. Oakey, Esquire
    Gallagher Evelius & Jones LLP
    218 North Charles Street, Suite 400
    Baltimore, Maryland 21202

    Stuart A. Krause, Esquire
    Nathan Schwed, Esquire
    Zeichner Ellman & Krause LLP
    1211 Avenue of the Americas
    New York, New York 10036

Gerard A. Vetter, Esquire
Katherine A. Levin, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21202

**[END OF ORDER]**