

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Bankruptcy Case No.: |
| Inner Harbor West, LLC, | 13-12198-RAG |
| Debtor(s) | Chapter 11 |

### ORDER DISMISSING CHAPTER 11 CASE
### AND NOTICE THAT AUTOMATIC
### STAY IS TERMINATED

Upon consideration of the U.S. Trustee's [Second] Motion to Convert to Chapter 7 or Dismiss filed on April 21, 2014 (Doc. #90), and upon consideration of Debtor's response thereto provided at a hearing held on November 21, 2014, and upon finding that Debtor has breached and continues in breach of the Stipulation And Consent Order Resolving the U.S. Trustee's [First] Motion to Convert to Chapter 7 or Dismiss (Doc. #52), it therefore appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1112(b) and that dismissal is in the best interests of creditors and the estate, and for the reasons particularly stated on the record at the November 21, 2014 hearing, it is by

the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned Chapter 11 case be and hereby is dismissed;

and

**ALL PARTIES ARE HEREBY NOTIFIED**, that the automatic stay imposed by

11 U.S.C. § 362(a) is terminated.

cc: Katherine A. Levin
      Jeffrey M. Sirody, Esquire
      All Creditors
      Debtor

**{End of Order}**