Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–12198 RAG     Chapter:   11

Inner Harbor West, LLC
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/25/14.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 11/25/14

                                                  Mark A. Neal, Clerk of Court
                                                  by Deputy Clerk, Chris Adams  410–962–4215