**DENIED**
**The case was dismissed for the reasons stated at the November 21, 2014 hearing. The Motion is therefore denied as moot.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re** | * | |
| **INNER HARBOR WEST LLC,** | * | Case No. 13-12198-RAG (Chapter 11) |
| Debtor. | * | |
| * * * * * * * * * * * * | | |
| **WESTPORT PROPERTY INVESTMENTS, LLC,** | * | |
| Movant, | * | |
| v. | * | |
| **INNER HARBOR WEST, LLC,** | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * | | |

**ORDER GRANTING WESTPORT PROPERTY INVESTMENTS, LLC RELIEF FROM THE AUTOMATIC STAY TO ENFORCE ITS RIGHTS AND REMEDIES AGAINST ITS COLLATERAL, INCLUDING, THE WESTPORT PROPERTY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay (Docket No. 75) (the "Motion"); no opposition having filed to the Motion (the "Opposition"); and this Court

1

having concluded that the relief requested in the Motion should be granted pursuant to 11 U.S.C. § 362(d); it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is immediately terminated to permit Westport Property Investments, LLC, and its successors and assigns (the "Lender"), to exercise its non-bankruptcy rights and remedies against the collateral securing the Lender's claim in accordance with the Loan Documents (as defined in the Motion) and applicable non-bankruptcy law; including without limitation the right to foreclose on the Westport Property (as defined in the Motion) and apply the proceeds (if any) from such foreclosure sale to the amounts owed to the Lender; and it is further

ORDERED, that the fourteen day stay of this Order be and hereby is waived.

cc:

Timothy F. McCormack, Esquire
Matthew G. Summers, Esquire
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202

Jeffrey M. Sirody, Esquire
Jeffrey M. Sirody & Associates, P.A.
1777 Reisterstown Road, Suite 360 E
Baltimore, Maryland 21208

Kenneth B. Frank, Esquire
1808 Dixon Road
Baltimore, Maryland 21209

Inner Harbor West, LLC
c/o Neil J. Ruther
29 West Susquehanna Avenue, Suite 610
Towson, Maryland 21204

[DENIED watermark across page]

Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

**[END OF ORDER]**

