**DENIED**
**The Motion is denied without prejudice for the reasons stated at the November 21, 2014 hearing.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (BALTIMORE DIVISION)

In re:                                              *

IN RE: INNER HARBOR WEST, LLC      Case No.: 13-12198
                                                    *       Chapter 11
  Debtor.
                                                    *

*   *   *   *   *   *   *   *   *   *   *   *

**ORDER DISQUALIFYING BALLARD SPAHR LLP AS COUNSEL FOR WESTPORT PROPERTY INVESTORS, LLC**

**UPON CONSIDERATION** of the Motion to Disqualify Ballard Spahr LLP as Counsel for Westport Property Investors, LLC, and any response thereto, if any, it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division hereby

**ORDERED**, that the Debtor's Motion disqualify Ballard Spahr LLP from Proceeding as Counsel for Westport Property Investors, LLC be, and hereby is, GRANTED,

**IT IS SO ORDERED.**

c:    Debtor
      Debtor's Counsel
      US Trustee
      All Creditors and Parties of Interest

END OF ORDER
Page 1 of 1