**DENIED**
**The Motion is denied without prejudice for the reasons stated at the November 21, 2014 hearing.**



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In re:

\*

IN RE: INNER HARBOR WEST, LLC       Case No.: 13-12198

\*       Chapter 11

Debtor.

\*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER RECONSIDERING ORDER GRANTING WESTPORT PROPERTY INVESTMENTS, LLC'S MOTION FOR SUBSTITUTION OF PARTIES**

UPON CONSIDERATION of the Motion to Reconsider Order Granting Westport Property Investments LLC's r and any response thereto / there being no response thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, Baltimore Division hereby

ORDERED, that the Order Granting Westport Property Investments LLC's Motion for Substitution of Parties hereby VACATED.

IT IS SO ORDERED.

cc:

Office of the U.S. Trustee
Debtor
Debtor's counsel
20 largest creditors

END OF ORDER