**DENIED**
**The case was dismissed for the reasons stated at the November 21, 2014 hearing. The Motion is therefore denied as moot.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re | * | |
| INNER HARBOR WEST LLC, | * | Case No. 13-12198-RAG |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION OF WESTPORT PROPERTY INVESTMENTS, LLC FOR PROTECTIVE ORDER IN CONNECTION WITH NOTICES OF DEPOSITION SERVED ON MATTHEW G. SUMMERS AND JOSEPH FANONE**

UPON CONSIDERATION of the Motion of Westport Property Investments, LLC for Protective Order (the "Motion"); it appearing that good cause exists to grant the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that that the examination of Matthew G. Summers and Joseph Fanone sought by Inner Harbor West LLC, Tom Fore, and TideRock Holdings LLC shall not be permitted.

1

cc:   Timothy F. McCormack, Esquire
      Matthew G. Summers, Esquire
      Ballard Spahr LLP
      300 E. Lombard Street, 18th Floor
      Baltimore, Maryland 21202

      Kenneth B. Frank, Esquire
      Kenneth B. Frank PA
      1808 Dixon Road
      Baltimore, Maryland 21202

      Jeffrey M. Sirody, Esquire
      Gary Poretsky, Esquire
      Jeffrey M. Sirody & Associates, P.A.
      1777 Reisterstown Road, Suite 360 E
      Baltimore, Maryland 21208

      Katherine A. Levin, Esquire
      Office of the U.S. Trustee
      Garmatz Federal Courthouse
      101 West Lombard Street, Suite 2625
      Baltimore, Maryland 21202

**[END OF ORDER]**

