Signed: November 25, 2014
**DENIED**
**The Motion is denied without prejudice for the reasons stated at the November 21, 2014 hearing.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re** | * | |
| **INNER HARBOR WEST LLC,** | * | Case No. 13-12198-RAG |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION OF WESTPORT PROPERTY INVESTMENTS, LLC (A) TO STRIKE INNER HARBOR WEST LLC'S MOTION TO DISQUALIFY BALLARD SPAHR LLP AND (B) FOR SANCTIONS AGAINST GARY S. PORETSKY, JEFFREY M. SIRODY, AND JEFFREY M. SIRODY & ASSOCIATES, P.A.**

UPON CONSIDERATION of the Motion of Westport Property Investments, LLC (A) to Strike Inner Harbor West LLC's Motion to Disqualify Ballard Spahr LLP and (B) for Sanctions Against Gary S. Poretsky, Jeffrey M. Sirody, and Jeffrey M. Sirody & Associates, P.A. (the "Motion"); it appearing that good cause exists to grant the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion be and hereby is STRICKEN from the record and the Clerk of this Court shall promptly prevent public access to the Motion; and it is further

1

ORDERED, that monetary sanctions shall be awarded against Gary S. Poretsky, Jeffrey M. Sirody, and Jeffrey M. Sirody & Associates, P.A. in the amount set forth above; and it is further

ORDERED, that Gary S. Poretsky and Jeffrey M. Sirody shall make a public apology to Joseph Fanone, Timothy McCormack, and Ballard Spahr LLP by filing a pleading apologizing with this Court and at a conference to be conducted on the record by this Court at the date and time set forth above.

cc:   Timothy F. McCormack, Esquire
      Matthew G. Summers, Esquire
      Ballard Spahr LLP
      300 E. Lombard Street, 18th Floor
      Baltimore, Maryland 21202

      Kenneth B. Frank, Esquire
      Kenneth B. Frank PA
      1808 Dixon Road
      Baltimore, Maryland 21202

      Jeffrey M. Sirody, Esquire
      Gary Poretsky, Esquire
      Jeffrey M. Sirody & Associates, P.A.
      1777 Reisterstown Road, Suite 360 E
      Baltimore, Maryland 21208

      Katherine A. Levin, Esquire
      Office of the U.S. Trustee
      Garmatz Federal Courthouse
      101 West Lombard Street, Suite 2625
      Baltimore, Maryland 21202

**[END OF ORDER]**